# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Franklin Molina

                       Plaintiff,

v.                                               Case No.: 1:17–cv–02489
                                                          Honorable Manish S. Shah

Dao International, Inc., et al.

                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, July 28, 2017:

      MINUTE entry before the Honorable Manish S. Shah: The motion to approve settlement and dismiss case [12] is granted. The court has reviewed the settlement agreement and finds that the settlement is a just and reasonable compromise of a bona fide wage dispute. The case is dismissed without prejudice, with leave to reinstate by 8/18/17. If no motion to reinstate is filed, the dismissal will automatically convert to a dismissal with prejudice. Terminate civil case. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.